**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6528**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE MARTIN,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Senior District Judge.  (1:05-cr-00021-IMK-MJA-1)

Submitted:  September 29, 2021                    Decided:  September 30, 2021

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Martin appeals the district court's order denying his counseled motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194. Upon review of the record, we discern no abuse of discretion in the district court's determination that Martin did not establish extraordinary and compelling reasons warranting early release. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions), *pet. for cert. filed*, No. 21-5624 (U.S. Sept. 8, 2021). Accordingly, we affirm the district court's order. *See United States v. Martin*, No. 1:05-cr-00021-IMK-MJA-1 (N.D.W. Va. Mar. 26, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*